FILED: April 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4236 (L)
(1:21-cr-00334-RDB-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ERIC FRU NJI

        Defendant - Appellant

_____

No. 23-4284
(1:21-cr-00334-RDB-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

WILSON NUYILA TITA

        Defendant – Appellant

_____

O R D E R

_____

The court consolidates Case No. 23-4236 and Case No. 23-4284. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk